# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

Robert P. Young, Jr.,
Chief Justice

147372(36)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

NORMANDY APARTMENTS
CONDOMINIUM ASSOCIATION, INC.,
      Plaintiff-Appellant,

v

BANK OF AMERICA, N.A., Successor by
Merger to BAC HOME LOANS SERVICING,
L.P., f/k/a COUNTRYWIDE HOME LOANS
SERVICING, L.P.,
      Defendant-Appellee,
and

SANDRA PARKER,
      Defendant.

SC: 147372
COA: 311735
Wayne CC: 12-000178-CH

_____/

      On order of the Court, the motion for reconsideration of this Court's October 28, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

p0127